I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY *Petitioner*
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 11/1/10

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV - 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN B. KATZ, | Case No. CV 10-3086-SVW (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| LINDA SANDERS, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed.

DATED: 10/26/10

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

DOCKETED ON CM
NOV - 1 2010
BY              178